IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, INC.,<br>an Illinois corporation,<br><br>      Plaintiff,<br><br>v.<br><br>MEDLINE PRODUCTS COMPANY LIMITED,<br>a Thailand company,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 03C 7255<br><br>Hon. Judge Conlon |

## NOTICE OF FILING

TO:   Medline Products Company, Ltd.
       Attention: Legal Counsel
       85 Moo 4 Sai Asia-Chana Rd.
       Na Mom
       Na Mom, Songhkla 90310
       Thailand

PLEASE TAKE NOTICE that on December 15, 2003, we filed with the United States District Court for the Northern District of Illinois Eastern Division an informational filing concerning the Joint Statement Regarding Participation in the Voluntary Mediation Program For Lanham Act Cases, a copy of which is attached hereto, and hereby served upon you. This statement is filed pursuant to Section V of the procedures for the voluntary mediation program, served on you on November 10, 2003.



Dated: December 15, 2003          Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON

By: _____
    Janet A. Marvel
    Chad J. Doellinger
    Angela K. Steele
    311 South Wacker Drive, Suite 5000
    Chicago, Illinois 60606
    (312) 554-8000
    Fax: (312) 554-8015

*Attorneys for Plaintiff Medline Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I, Angela K. Steele, an attorney, hereby certify that on December 15, 2003, I caused a copy of the NOTICE OF FILING and JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES to be served upon:

>Medline Products Company, Ltd.
>**Attention: Legal Counsel**
>85 Moo 4 Sai Asia-Chana Rd.
>Na Mom
>Na Mom, Songhkla 90310
>Thailand

This service was made via certified mail, return receipt requested and Federal Express International Priority.

*/s/ Angela K. Steele*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 03C 7255 |
| MEDLINE PRODUCTS COMPANY LIMITED, a Thailand company, | ) ) ) ) ) | Hon. Judge Conlon |
| Defendant. | ) | |

## JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES

Please be advised that Plaintiff, Medline Industries, Inc., is unable to file the joint statement required pursuant to Section V.A. of the procedures for the voluntary mediation program because the Defendant, Medline Products Company Limited, is in default, has not filed an appearance, and has not been in contact with Plaintiff. Defendant was served with the complaint on October 25, 2003 and has actual notice of this action. In addition, Defendant was served with a copy of the Procedures for Voluntary Mediation Program for Lanham Act Cases in the Northern District of Illinois on November 10, 2003. Defendant has not contacted Plaintiff.

Due to Defendant's unresponsiveness, on December 12, 2003, Plaintiff filed a Motion for Entry of Default Judgment.

DOCKETED
DEC 1 6 2003

156364v1

-2-

Dated: December 15, 2003                    Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON

By: _____
Janet A. Marvel
Chad J. Doellinger
Angela K. Steele
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000
Fax: (312) 554-8015

*Attorneys for Plaintiff Medline Industries, Inc.*