IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, INC. an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 03C 7255 |
| MEDLINE PRODUCTS COMPANY LIMITED, a Thailand company, | ) ) ) ) ) | Hon. Judge Conlon |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Medline Products Company, Ltd.
Attention: Legal Counsel
85 Moo 4 Sai Asia-Chana Rd.
Na Mom
Na Mom, Songhkla 90310
Thailand

PLEASE TAKE NOTICE that on February 26, 2004, we filed with the United States District Court for the Northern District of Illinois Eastern Division REPLY REGARDING BRIEF IN SUPPORT OF MONETARY RELIEF, a copy of which is attached hereto, and hereby served upon you.

Respectfully Submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON

Dated: February 26, 2004     By:  _____
David C. Hilliard (1217496)
Janet A. Marvel (6201597)
Chad J. Doellinger (6274824)
Angela K. Steele (6278509)
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000
Fax: (312) 554-8015

160626v1

## CERTIFICATE OF SERVICE

I, Angela K. Steele, an attorney, hereby certify that on February 26, 2004, I caused a copy of the NOTICE OF FILING and REPLY REGARDING BRIEF IN SUPPORT OF MONETARY RELIEF to be served upon:

>Medline Products Company, Ltd.
>Attention: Werner Gostner
>85 Moo 4 Sai Asia-Chana Rd.
>Na Mom
>Na Mom, Songhkla 90310
>Thailand

This service was made via facsimile 011-66-074-210779 and Federal Express International Priority.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, INC.<br>an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEDLINE PRODUCTS COMPANY LIMITED,<br>a Thailand company,<br><br>Defendant. | Civil Action No. 03C 7255<br><br>Hon. Suzanne Conlon |

FILED FEB 26 2004 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

DOCKETED FEB 27 2004

## REPLY REGARDING BRIEF IN SUPPORT OF MONETARY RELIEF

**I.   Introduction.**

On January 29, 2004, plaintiff Medline Industries, Incorporated ("Medline") filed its brief requesting monetary relief. Defendant was ordered to respond by February 18, 2004. Defendant did not respond. Thus, Medline is entitled to the monetary relief it requested.

**II.   Medline's is entitled to monetary relief.**

Medline's Brief established it was entitled to defendant's profits, prejudgment interest, treble damages, statutory damages, and attorneys' fees. (Brief, at 5-7). Defendant received Medline's Brief on February 3, 2004.[1] Nevertheless, defendant did not object. Such a failure is deemed a concession. *See Hayes v. Frese*, No. 83 C 82, 1982 U.S. Dist. LEXIS 16348, *3 (N.D. Ill. June 9, 1983) (holding that a party's "inexplicable failure to respond can only be viewed as a concession"). Medline is therefore entitled to the monetary relief it requested.

Specifically, Medline established that defendant's annual sales totaled $6,120,530. (Brief, at 3). The burden then shifted to defendant to establish any deductions from that amount.

---

[1] *See* Doellinger Declaration, attached as **Exhibit A**.

*See Roulo v. Russ Berrie & Co., Inc.*, 886 F.2d 931, 941 (7th Cir. 1989). Defendant, by not objecting, has conceded the amount of profits to which Medline is entitled. In addition, defendant's repeated disregard for this Court's orders further supports trebling this amount.[2] *See Gorenstein Enterprises, Inc. v. Quality Care-USA, Inc.*, 874 F.2d 431, 436 (7th Cir. 1989) (holding that an award must be sufficient to reflect the possibility of default).

### III. Conclusion.

Defendant had actual knowledge of Medline's request for monetary relief. Nevertheless, defendant did not object. Thus, Medline is entitled to the relief requested in its January 29, 2004, Brief in Support of Monetary Relief.

Dated: February 26, 2004

                    Respectfully submitted,

                    PATTISHALL, McAULIFFE, NEWBURY,
                    HILLIARD & GERALDSON

By _____
    David C. Hilliard (1217496)
    Janet A. Marvel (6201597)
    Chad J. Doellinger (6274824)
    Angela K. Steele (6278509)
    311 South Wacker Drive, Suite 5000
    Chicago, Illinois 60606
    (312) 554-8000

---

[2] In addition to defaulting and failing to object to Medline's request for monetary relief, defendant has failed to comply with this Court's December 18, 2003, Order requiring it "to file with this Court and serve on the undersigned counsel for Medline by January 16, 2004, a written report under oath setting forth in detail the manner in which Defendant has complied with the injunction ordered by this Court." December 18, 2003, Order.

# See Case File For Exhibits